THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Staffon Ray, Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

Memorandum Opinion No. 2011-MO-024
 Submitted September 22, 2011  Filed
September 26, 2011   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 Appellate Defender LaNelle C. DuRant, of South
 Carolina Commission on Indigent Defense, of Columbia, for Petitioner. Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant  Attorney General Brian Petrano, all of Columbia, for Respondent.
 PER CURIAM:  Staffon Ray pled guilty to charges of first-degree
 burglary and petit larceny.  He was sentenced to concurrent prison terms of sixteen
 years for first-degree burglary and thirty days for petit larceny, with credit
 for time served.  No direct appeal was taken.  Ray applied for post-conviction
 relief (PCR), alleging his guilty plea was involuntary and defense counsel was
 ineffective for failing to properly investigate his case.  This Court granted
 Ray's petition for a writ of certiorari to review a circuit court order denying
 his PCR application.  We now dismiss the writ of certiorari as improvidently
 granted.
DISMISSED.
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.